Dependents of EDWARD K. AKAMINE, Deceased, Claimants-Appellants *v.* HAWAIIAN PACKING AND CRATING CO., LTD., Employer-Appellee and THEO H. DAVIES AND COMPANY, LTD., Insurance Carrier-Appellee

No. 5096

July 28, 1972

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON and KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied without argument. Marumoto and Levinson, JJ., who dissented, do not concur.

*Donald A. Beck* and *Roland Q. F. Thom* (*Cades Schutte Fleming & Wright* of counsel), attorneys for employer-appellee and insurance carrier-appellee for the petition.